**Bruce W. Brewer**, OSB No. 925581
brucebrewerusdccases@gmail.com
PO Box 421
West Linn, OR 97068
503-621-6633
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**BISHOP FRANK**,                              Case No. 3:16-cv-02350-HZ

        Plaintiff,

                                                      ORDER-EAJA FEES

vs.

**COMMISSIONER**,
of Social Security
Administration,

        Defendant.
_____

       Plaintiff prevailed and the parties have stipulated and it is ORDERED that an EAJA fee is awarded to Plaintiff in the amount of $7,341.10 pursuant to 28 U.S.C. § 2412. It is furthered ORDERED that the fee will be paid to Plaintiff's attorney, dependent upon verification that Plaintiff has no debt which qualifies for offset against the awarded fees, pursuant to the Treasury Offset Program as discussed in <u>Astrue v. Ratliff</u>, 130 S.Ct. 2521 (2010). If Plaintiff has no such debt, then it is ORDERED that the check shall be made payable to Plaintiff's attorney, Bruce Brewer, and mailed to Plaintiff's attorney at PO Box 421 West Linn, OR 97068. If Plaintiff has

such debt, then it is ORDERED that the check for any remaining funds after offset of the debt shall be made payable to Plaintiff and mailed to Plaintiff's attorney's mailing address stated above. There are no costs or expenses to be paid herein.

It is so ORDERED this __10__ day of July, 2018.

_____
The Honorable Marco A. Hernandez
U.S. District Court Judge

submitted by:
Bruce Brewer, OSB #925581
Attorney for Plaintiff

2 - ORDER FOR EAJA FEES